No. 222. MONTANA ET AL. *v.* UNITED STATES ET AL. Submitted November 8, 1933. Decided November 13, 1933. *Per Curiam:* Decree

affirmed. *United States* v. *Louisiana, ante,* p. 70. *Mr. Raymond T. Nagle,* Attorney General of Montana, and *Mr. Francis A. Silver* were on the brief for appellants. *Solicitor General Biggs* and *Messrs. Elmer B. Collins, Daniel W. Knowlton,* and *Edward M. Reidy* were on the brief for the United States and Interstate Commerce Commission, appellees. *Messrs. M. L. Countryman, Jr., D. F. Lyons, J. N. Davis, Walter McFarland, J. M. Souby, Conrad Olson,* and *F. G. Dorety* were on the brief for the railway companies, appellees. *Messrs. John E. Benton* and *Clyde S. Bailey,* by leave of Court, filed a brief on behalf of the National Association of Railroad and Utilities Commissioners, as *amicus curiae.*